UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 04-10213-WGY |
| | ) |
| DALE E. MATHENY | ) |
| | ) |
| Defendant | ) |

**GOVERNMENT'S WITNESS LIST**

The government anticipates calling some or all of the following witnesses in its case-in-chief at the sentencing trial scheduled for December 20, 2004 in the above matter:

1. William Abbott
   11 Walnut Street, Unit 8
   Waltham, MA

2. Richard Costa, Revenue Agent
   Internal Revenue Service
   J.F.K. Building
   Boston, MA 02114

3. Richard Felton
   49 Pond Street
   Weymouth, MA 02190

4. Kristina O'Connell, Special Agent
   Internal Revenue Service
   J.F.K. Building
   Boston, MA 02114

5. Joshua Severse

The above represents the witnesses the government anticipates that it might call in its case-in-chief. The government reserves the right to supplement this witness list as necessary.

                                                    Respectfully submitted,

                                                    UNITED STATES OF AMERICA

                                                    By its attorneys,

                                                    MICHAEL J. SULLIVAN
                                                    United States Attorney

                                     By:    __/s/ **Michael J. Pineault**_____
                                                    Michael J. Pineault
                                                    Assistant U.S. Attorney
                                                    United States Courthouse, Suite 9200
                                                    1 Courthouse Way
                                                    Boston, MA  02210
Dated: December 15, 2004         (617) 748-3261

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by fax:

Douglas A. Fleming, Esq.
268 Summer Street, Third Floor
Boston, MA 02210

This 15th day of December, 2004

          /s/ **Michael J. Pineault**
Michael J. Pineault
Assistant United States Attorney