UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 04-10213-WGY |
| DALE E. MATHENY | ) ) ) | |
| Defendant | ) | |

## GOVERNMENT'S EXHIBIT LIST

The government intends to offer some or all of the exhibits listed below during its case-in-chief at the sentencing trial scheduled for December 20, 2004 in the above matter.

**Exhibit Number**       **Description**

1. Summary of Gross Receipts;

2. Summary of Allowed Business Expenses;

    a. with FICA Deduction;

    b. without FICA Deduction;

3. Summary of Allowed Payroll Expenses;

4. Handwritten sheet titled "Employees Salaries";

5. Typewritten document titled: "Estimate for Employee Joe Canata 2000";

6. Typewritten document titled: "Estimate for Employee Rich Felton 2000";

7. Summary of Additional Claimed Expenses;

    a. Submitted vs. Allowed Expenses;

    b. Disputed Expense Items;

8. Application for Employment - Dale's Professional Painting Service;

9.  Nextel Account Summary;

10. Promotional flyer - Dale's Professional Painting Service;

11. 2000 Day Planner (excerpts);

12. Form 941 - Employer's Quarterly Federal Tax Return (blank);

13. Form 4549A: Income Tax Examination Changes;

    a.  with FICA Deductions;

    b.  excluding FICA Deductions;

14. Tax Loss Computations.

    a.  with FICA Deductions;

    b.  excluding FICA Deductions.

The above list represents the exhibits the government may offer in its case-in-chief. The government reserves the right, consistent with the Local Rules Concerning Discovery in Criminal Cases, to supplement this exhibit list with additional exhibits as necessary.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | UNITED STATES OF AMERICA |
|  | By its attorneys, |
|  | MICHAEL J. SULLIVAN<br>United States Attorney |
| By: | **/s/ Michael J. Pineault**<br>Michael J. Pineault<br>Assistant U.S. Attorney<br>United States Courthouse, Suite 9200<br>1 Courthouse Way<br>Boston, MA  02210 |
| Dated: December 15, 2004 | (617) 748-3261 |

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by fax:

Douglas A. Fleming, Esq.
268 Summer Street, Third Floor
Boston, MA 02210

This 15th day of December, 2004

    /s/ Michael J. Pineault
Michael J. Pineault
Assistant United States Attorney