AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## DISTRICT OF MASSACHUSETTS

U S. v. Dale Matheny

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04 CR 10213

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | Pinneault | Fleming |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/20/04 | Womack | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/20/04 | | | Josh Sudverse |
| | | | | | Christina O'Connell |
| | | | 1 | | Summary of gross receipts |
| | | | 2a,b | | Summary of allowed business expenses with and without FICA deduction |
| | | | 3 | | Summary of Witholding figures |
| | | | 4 | | Wage information |
| | | | 5 | | |
| | | | 6 | | |
| | | | 7 | | |
| | | 8 | 8 | | application for employment |
| | | | 9 | | Nextel account summary |
| | | | A | | Dale's Prof. Painting |
| | | | 11 | | Copied pages of day planner |
| | | | 12 | | form 941 2000 - blank |
| | | | 13 a,b | | Form 4549 |
| | | | 14 a,b | | Summary of tax law computation re employees FICA |
| | | a,c | 15 | 15 a,b,c | business reports |
| | | | 16 | | Wa form 1998 |
| | | | 17 | | Wa form 1999 |
| | | | 18 | | form 8653 2000 into Wa, 1040 |
| | | | B | | Special Agent report |
| | | C | 19 | | IRM 8/10 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

US vs. Dale Matheny    CASE NO. CR 04-10160

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/21 | | E | William Abbot |

Page ___ of ___ Pages