# EXHIBIT 1

**DALE'S PROFESSIONAL PAINTING SERVICE**
**PAYROLL LIST: Scenario 1 -- All Employees (Ex. 3)**

| Employee | Tax Year | Allowed Payroll Expense | Social Security Tax (12.4%) | Medicare Rate (2.9%) | Withholding Obligation | Social Security Tax (6.2%) | Medicare Rate (1.45%) | Deductible Portion of Withholding Obligation |
|---|---|---|---|---|---|---|---|---|
| Abbott, William | 1997 | $ 21,600.00 | | | | | | |
| Hacker, Vernon | 1997 | $ 4,800.00 | | | | | | |
| Matheny, John | 1997 | $ 5,000.00 | | | | | | |
| Nagle, James | 1997 | $ 18,400.00 | | | | | | |
| Palermo, Richard | 1997 | $ 20,800.00 | | | | | | |
| Severse, Joshua | 1997 | $ 6,400.00 | | | | | | |
| **1997 Total** | | $ 77,000.00 | $ 9,548.000 | $ 2,233.00 | $ 11,781.000 | $ 4,774.000 | $ 1,116.50 | $ 5,890.500 |
| Abbott, William | 1998 | $ 26,500.00 | | | | | | |
| Hacker, Vernon | 1998 | $ 5,500.00 | | | | | | |
| Kwiatowski, Jarrod | 1998 | $ 3,800.00 | | | | | | |
| Lydon, John | 1998 | $ 11,000.00 | | | | | | |
| Matheny, John | 1998 | $ 5,000.00 | | | | | | |
| Nagle, James | 1998 | $ 6,800.00 | | | | | | |
| Palermo, Richard | 1998 | $ 23,000.00 | | | | | | |
| Quintus, Jason | 1998 | $ 3,800.00 | | | | | | |
| Severse, Joshua | 1998 | $ 6,400.00 | | | | | | |
| **1998 Total** | | $ 91,800.00 | $ 11,383.20 | $ 2,662.20 | $ 14,045.40 | $ 5,691.60 | $ 1,331.10 | $ 7,022.70 |
| Abbott, William | 1999 | $ 32,000.00 | | | | | | |
| Canata, Joe | 1999 | $ 630.00 | | | | | | |
| Connolly, Pam | 1999 | $ 12,800.00 | | | | | | |
| DiMarzio, Donna | 1999 | $ 16,400.00 | | | | | | |
| Dooley, Scott | 1999 | $ 11,400.00 | | | | | | |
| Hacker, Vernon | 1999 | $ 6,200.00 | | | | | | |
| Maloney, James | 1999 | $ 10,800.00 | | | | | | |
| Matheny, John | 1999 | $ 10,000.00 | | | | | | |
| Severse, Joshua | 1999 | $ 20,800.00 | | | | | | |
| **1999 Total** | | $ 121,030.00 | $ 15,007.72 | $ 3,509.87 | $ 18,517.59 | $ 7,503.86 | $ 1,754.94 | $ 9,258.80 |
| Abbott, William | 2000 | $ 32,000.00 | | | | | | |
| Canata, Joe | 2000 | $ 5,760.00 | | | | | | |
| Connolly, Pam | 2000 | $ 15,400.00 | | | | | | |
| DiMarzio, Donna | 2000 | $ 20,800.00 | | | | | | |
| Donnelly, Mark | 2000 | $ 6,800.00 | | | | | | |
| Dooley, Scott | 2000 | $ 20,800.00 | | | | | | |
| Felton, Richard | 2000 | $ 3,500.00 | | | | | | |
| Maloney, James | 2000 | $ 20,800.00 | | | | | | |
| Matheny, John | 2000 | $ 20,000.00 | | | | | | |
| Sheehan, Tom | 2000 | $ 2,800.00 | | | | | | |
| Stoddard, Ed | 2000 | $ 21,000.00 | | | | | | |
| Various (immigrants) | 2000 | $ 30,000.00 | | | | | | |
| **2000 Total** | | $ 199,660.00 | $ 24,757.84 | $ 5,790.14 | $ 30,547.98 | $ 12,378.92 | $ 2,895.07 | $ 15,273.99 |
| **Grand Total** | | $ 489,490.00 | $ 60,696.76 | $ 14,195.21 | $ 74,891.97 | $ 30,348.38 | $ 7,097.61 | $ 37,445.99 |

## U.S. v. MATHENY:  TAX LOSS COMPUTATIONS
### Scenario 1:  All Employees (Ex. 14A)

|  | 1997 | 1998 | 1999 | 2000 | Total |
|---|---|---|---|---|---|
| Total Gross Business Receipts | $131,619.88 | $150,760.00 | $211,758.07 | $347,761.00 | $841,898.95 |
| Gross Receipts Reported on Sch. C |  |  |  | $77,065.00 |  |
| Total Unreported Gross Receipts | $131,619.88 | $150,760.00 | $211,758.07 | $270,696.00 | $764,833.95 |
|  |  |  |  |  |  |
| Total Allowable Business Expenses | $118,517.82 | $145,690.75 | $200,265.28 | $306,803.84 | $771,277.69 |
| Reported Business Expenses |  |  |  | $80,604.00 |  |
| Total Unreported Business Expenses | $118,517.82 | $145,690.75 | $200,265.28 | $226,199.84 | $690,673.69 |
|  |  |  |  |  |  |
| Total Net Income Earned | $13,102.06 | $5,069.25 | $11,492.79 | $40,957.16 | $70,621.26 |
| Net Income Reported |  |  |  | -$3,539.00 | -$3,539.00 |
| Total Unreported Net Business Income | $13,102.06 | $5,069.25 | $11,492.79 | $44,496.16 | $74,160.26 |
|  |  |  |  |  |  |
| **Income Taxes Due** | **$2,657.00** | **$1,573.00** | **$4,606.00** | **$15,368.00** | **$24,204.00** |
|  |  |  |  |  |  |
| Payroll | $77,000.00 | $91,800.00 | $121,030.00 | $199,660.00 | $489,490.00 |
| Social Security Tax (12.4%) | $9,548.00 | $11,383.20 | $15,007.72 | $24,757.84 | $60,696.76 |
| Medicare Tax (2.9%) | $2,233.00 | $2,662.20 | $3,509.87 | $5,790.14 | $14,195.21 |
|  |  |  |  |  |  |
| **Payroll Taxes Due** | **$11,781.00** | **$14,045.40** | **$18,517.59** | **$30,547.98** | **$74,891.97** |
|  |  |  |  |  |  |
| **TOTAL TAXES DUE** |  |  |  |  | **$99,095.97** |

# EXHIBIT 2

**DALE'S PROFESSIONAL PAINTING SERVICE**
**PAYROLL LIST: Scenario 2 -- Excluding Immigrants**

| Employee | Tax Year | Allowed Payroll Expense | Social Security Tax (12.4%) | Medicare Rate (2.9%) | Withholding Obligation | Social Security Tax (6.2%) | Medicare Rate (1.45%) | Deductible Portion of Withholding Obligation |
|---|---|---|---|---|---|---|---|---|
| Abbott, William | 1997 | $ 21,600.00 | | | | | | |
| Hacker, Vernon | 1997 | $ 4,800.00 | | | | | | |
| Matheny, John | 1997 | $ 5,000.00 | | | | | | |
| Nagle, James | 1997 | $ 18,400.00 | | | | | | |
| Palermo, Richard | 1997 | $ 20,800.00 | | | | | | |
| Severse, Joshua | 1997 | $ 6,400.00 | | | | | | |
| **1997 Total** | | $ 77,000.00 | $ 9,548.000 | $ 2,233.00 | $ 11,781.000 | $ 4,774.000 | $ 1,116.50 | $ 5,890.500 |
| Abbott, William | 1998 | $ 26,500.00 | | | | | | |
| Hacker, Vernon | 1998 | $ 5,500.00 | | | | | | |
| Kwiatowski, Jarrod | 1998 | $ 3,800.00 | | | | | | |
| Lydon, John | 1998 | $ 11,000.00 | | | | | | |
| Matheny, John | 1998 | $ 5,000.00 | | | | | | |
| Nagle, James | 1998 | $ 6,800.00 | | | | | | |
| Palermo, Richard | 1998 | $ 23,000.00 | | | | | | |
| Quintus, Jason | 1998 | $ 3,800.00 | | | | | | |
| Severse, Joshua | 1998 | $ 6,400.00 | | | | | | |
| **1998 Total** | | $ 91,800.00 | $ 11,383.20 | $ 2,662.20 | $ 14,045.40 | $ 5,691.60 | $ 1,331.10 | $ 7,022.70 |
| Abbott, William | 1999 | $ 32,000.00 | | | | | | |
| Canata, Joe | 1999 | $ 630.00 | | | | | | |
| Connolly, Pam | 1999 | $ 12,800.00 | | | | | | |
| DiMarzio, Donna | 1999 | $ 16,400.00 | | | | | | |
| Dooley, Scott | 1999 | $ 11,400.00 | | | | | | |
| Hacker, Vernon | 1999 | $ 6,200.00 | | | | | | |
| Maloney, James | 1999 | $ 10,800.00 | | | | | | |
| Matheny, John | 1999 | $ 10,000.00 | | | | | | |
| Severse, Joshua | 1999 | $ 20,800.00 | | | | | | |
| **1999 Total** | | $ 121,030.00 | $ 15,007.72 | $ 3,509.87 | $ 18,517.59 | $ 7,503.86 | $ 1,754.94 | $ 9,258.80 |
| Abbott, William | 2000 | $ 32,000.00 | | | | | | |
| Canata, Joe | 2000 | $ 5,760.00 | | | | | | |
| Connolly, Pam | 2000 | $ 15,400.00 | | | | | | |
| DiMarzio, Donna | 2000 | $ 20,800.00 | | | | | | |
| Donnelly, Mark | 2000 | $ 6,800.00 | | | | | | |
| Dooley, Scott | 2000 | $ 20,800.00 | | | | | | |
| Felton, Richard | 2000 | $ 3,500.00 | | | | | | |
| Maloney, James | 2000 | $ 20,800.00 | | | | | | |
| Matheny, John | 2000 | $ 20,000.00 | | | | | | |
| Sheehan, Tom | 2000 | $ 2,800.00 | | | | | | |
| Stoddard, Ed | 2000 | $ 21,000.00 | | | | | | |
| ~~Various (immigrants)~~ | 2000 | ~~$ 30,000.00~~ | | | | | | |
| **2000 Total** | | $ 169,660.00 | $ 21,037.84 | $ 4,920.14 | $ 25,957.98 | $ 10,518.92 | $ 2,460.07 | $ 12,978.99 |
| **Grand Total** | | $ 459,490.00 | $ 56,976.76 | $ 13,325.21 | $ 70,301.97 | $ 28,488.38 | $ 6,662.61 | $ 35,150.99 |

## <u>U.S. v. MATHENY</u>: TAX LOSS COMPUTATIONS
## Scenario 2: Excluding Immigrants

|  | 1997 | 1998 | 1999 | 2000 | Total |
|---|---|---|---|---|---|
| Total Gross Business Receipts | $131,619.88 | $150,760.00 | $211,758.07 | $347,761.00 | $841,898.95 |
| Gross Receipts Reported on Sch. C |  |  |  | $77,065.00 |  |
| Total Unreported Gross Receipts | $131,619.88 | $150,760.00 | $211,758.07 | $270,696.00 | $764,833.95 |
|  |  |  |  |  |  |
| Total Allowable Business Expenses | $118,517.82 | $145,690.75 | $200,265.28 | $304,508.84 | $768,982.69 |
| Reported Business Expenses |  |  |  | $80,604.00 |  |
| Total Unreported Business Expenses | $118,517.82 | $145,690.75 | $200,265.28 | $223,904.84 | $688,378.69 |
|  |  |  |  |  |  |
| Total Net Income Earned | $13,102.06 | $5,069.25 | $11,492.79 | $43,252.16 | $72,916.26 |
| Net Income Reported |  |  |  | -$3,539.00 | -$3,539.00 |
| Total Unreported Net Business Income | $13,102.06 | $5,069.25 | $11,492.79 | $46,791.16 | $76,455.26 |
|  |  |  |  |  |  |
| **Income Taxes Due** | **$2,657.00** | **$1,573.00** | **$4,606.00** | **$16,187.00** | **$25,023.00** |
|  |  |  |  |  |  |
| Payroll | $77,000.00 | $91,800.00 | $121,030.00 | $169,660.00 | $459,490.00 |
| Social Security Tax (12.4%) | $9,548.00 | $11,383.20 | $15,007.72 | $21,037.84 | $56,976.76 |
| Medicare Tax (2.9%) | $2,233.00 | $2,662.20 | $3,509.87 | $4,920.14 | $13,325.21 |
|  |  |  |  |  |  |
| **Payroll Taxes Due** | **$11,781.00** | **$14,045.40** | **$18,517.59** | **$25,957.98** | **$70,301.97** |
|  |  |  |  |  |  |
| **TOTAL TAXES DUE** |  |  |  |  | **$95,324.97** |

# EXHIBIT 3

**DALE'S PROFESSIONAL PAINTING SERVICE**
**PAYROLL LIST: Scenario 3 -- Excluding Immigrants, Hacker, Canata, Sheehan, J. Matheny, and Lydon**

| Employee | Tax Year | Allowed Payroll Expense | Social Security Tax (12.4%) | Medicare Rate (2.9%) | Withholding Obligation | Social Security Tax (6.2%) | Medicare Rate (1.45%) | Deductible Portion of Withholding Obligation |
|---|---|---|---|---|---|---|---|---|
| Abbott, William | 1997 | $ 21,600.00 | | | | | | |
| Hacker, Vernon | 1997 | $ 4,800.00 | | | | | | |
| Matheny, John | 1997 | $ 5,000.00 | | | | | | |
| Nagle, James | 1997 | $ 18,400.00 | | | | | | |
| Palermo, Richard | 1997 | $ 20,800.00 | | | | | | |
| Severse, Joshua | 1997 | $ 6,400.00 | | | | | | |
| | **1997 Total** | $ 67,200.00 | $ 8,332.800 | $ 1,948.80 | **$ 10,281.600** | $ 4,166.400 | $ 974.40 | **$ 5,140.800** |
| Abbott, William | 1998 | $ 26,500.00 | | | | | | |
| Hacker, Vernon | 1998 | $ 5,500.00 | | | | | | |
| Kwiatowski, Jarrod | 1998 | $ 3,800.00 | | | | | | |
| Lydon, John | 1998 | $ 11,000.00 | | | | | | |
| Matheny, John | 1998 | $ 5,000.00 | | | | | | |
| Nagle, James | 1998 | $ 6,800.00 | | | | | | |
| Palermo, Richard | 1998 | $ 23,000.00 | | | | | | |
| Quintus, Jason | 1998 | $ 3,800.00 | | | | | | |
| Severse, Joshua | 1998 | $ 6,400.00 | | | | | | |
| | **1998 Total** | $ 70,300.00 | $ 8,717.20 | $ 2,038.70 | **$ 10,755.90** | $ 4,358.60 | $ 1,019.35 | **$ 5,377.95** |
| Abbott, William | 1999 | $ 32,000.00 | | | | | | |
| Canata, Joe | 1999 | $ 630.00 | | | | | | |
| Connolly, Pam | 1999 | $ 12,800.00 | | | | | | |
| DiMarzio, Donna | 1999 | $ 16,400.00 | | | | | | |
| Dooley, Scott | 1999 | $ 11,400.00 | | | | | | |
| Hacker, Vernon | 1999 | $ 6,200.00 | | | | | | |
| Maloney, James | 1999 | $ 10,800.00 | | | | | | |
| Matheny, John | 1999 | $ 10,000.00 | | | | | | |
| Severse, Joshua | 1999 | $ 20,800.00 | | | | | | |
| | **1999 Total** | $ 104,200.00 | $ 12,920.80 | $ 3,021.80 | **$ 15,942.60** | $ 6,460.40 | $ 1,510.90 | **$ 7,971.30** |
| Abbott, William | 2000 | $ 32,000.00 | | | | | | |
| Canata, Joe | 2000 | $ 5,760.00 | | | | | | |
| Connolly, Pam | 2000 | $ 15,400.00 | | | | | | |
| DiMarzio, Donna | 2000 | $ 20,800.00 | | | | | | |
| Donnelly, Mark | 2000 | $ 6,800.00 | | | | | | |
| Dooley, Scott | 2000 | $ 20,800.00 | | | | | | |
| Felton, Richard | 2000 | $ 3,500.00 | | | | | | |
| Maloney, James | 2000 | $ 20,800.00 | | | | | | |
| Matheny, John | 2000 | $ 20,000.00 | | | | | | |
| Sheehan, Tom | 2000 | $ 2,800.00 | | | | | | |
| Stoddard, Ed | 2000 | $ 21,000.00 | | | | | | |
| Various (immigrants) | 2000 | $ 30,000.00 | | | | | | |
| | **2000 Total** | $ 141,100.00 | $ 17,496.40 | $ 4,091.90 | **$ 21,588.30** | $ 8,748.20 | $ 2,045.95 | **$ 10,794.15** |
| | **Grand Total** | $ 382,800.00 | $ 47,467.20 | $ 11,101.20 | **$ 58,568.40** | $ 23,733.60 | $ 5,550.60 | **$ 29,284.20** |

## U.S. v. MATHENY:  TAX LOSS COMPUTATIONS
## Scenario 3:  Excluding Immigrants, Hacker, Canata, Sheehan, J. Matheny and Lydon

|  | 1997 | 1998 | 1999 | 2000 | Total |
|---|---|---|---|---|---|
| Total Gross Business Receipts | $131,619.88 | $150,760.00 | $211,758.07 | $347,761.00 | $841,898.95 |
| Gross Receipts Reported on Sch. C |  |  |  | $77,065.00 |  |
| Total Unreported Gross Receipts | $131,619.88 | $150,760.00 | $211,758.07 | $270,696.00 | $764,833.95 |
|  |  |  |  |  |  |
| Total Allowable Business Expenses | $117,768.12 | $144,046.00 | $198,977.78 | $302,324.00 | $763,115.90 |
| Reported Business Expenses |  |  |  | $80,604.00 |  |
| Total Unreported Business Expenses | $117,768.12 | $144,046.00 | $198,977.78 | $221,720.00 | $682,511.90 |
|  |  |  |  |  |  |
| Total Net Income Earned | $13,851.76 | $6,714.00 | $12,780.29 | $45,437.00 | $78,783.05 |
| Net Income Reported |  |  |  | -$3,539.00 | -$3,539.00 |
| Total Unreported Net Business Income | $13,851.76 | $6,714.00 | $12,780.29 | $48,976.00 | $82,322.05 |
|  |  |  |  |  |  |
| **Income Taxes Due** | **$2,868.00** | **$2,031.00** | **$5,124.00** | **$16,969.00** | **$26,992.00** |
|  |  |  |  |  |  |
| Payroll | $67,200.00 | $70,300.00 | $104,200.00 | $141,100.00 | $382,800.00 |
| Social Security Tax (12.4%) | $8,332.80 | $8,717.20 | $12,920.80 | $17,496.40 | $47,467.20 |
| Medicare Tax (2.9%) | $1,948.80 | $2,038.70 | $3,021.80 | $4,091.90 | $11,101.20 |
|  |  |  |  |  |  |
| **Payroll Taxes Due** | **$10,281.60** | **$10,755.90** | **$15,942.60** | **$21,588.30** | **$58,568.40** |
|  |  |  |  |  |  |
| **TOTAL TAXES DUE** |  |  |  |  | **$85,560.40** |

**EXHIBIT 4**

| Employee | Tax Year | Allowed Payroll Expense | Social Security Tax (12.4%) | Medicare Rate (2.9%) | Withholding Obligation | Social Security Tax (6.2%) | Medicare Rate (1.45%) | Deductible Portion of Withholding Obligation |
|---|---|---|---|---|---|---|---|---|
| **DALE'S PROFESSIONAL PAINTING SERVICE** — PAYROLL LIST: Scenario 4 -- Excluding Immigrants, Hacker, Canata, Sheehan, J. Matheny, Lydon, Nagle, Palermo, Connolly, Dooley, Maloney, Donnelly, Stoddard | | | | | | | | |
| Abbott, William | 1997 | $ 21,600.00 | | | | | | |
| ~~Hacker, Vernon~~ | ~~1997~~ | ~~$ 4,800.00~~ | | | | | | |
| ~~Matheny, John~~ | ~~1997~~ | ~~$ 5,000.00~~ | | | | | | |
| ~~Nagle, James~~ | ~~1997~~ | ~~$ 18,400.00~~ | | | | | | |
| ~~Palermo, Richard~~ | ~~1997~~ | ~~$ 20,800.00~~ | | | | | | |
| Severse, Joshua | 1997 | $ 6,400.00 | | | | | | |
| **1997 Total** | | $ 28,000.00 | $ 3,472.000 | $ 812.00 | $ 4,284.000 | $ 1,736.000 | $ 406.00 | $ 2,142.000 |
| Abbott, William | 1998 | $ 26,500.00 | | | | | | |
| ~~Hacker, Vernon~~ | ~~1998~~ | ~~$ 5,500.00~~ | | | | | | |
| Kwiatowski, Jarrod | 1998 | $ 3,800.00 | | | | | | |
| ~~Lydon, John~~ | ~~1998~~ | ~~$ 11,000.00~~ | | | | | | |
| ~~Matheny, John~~ | ~~1998~~ | ~~$ 5,000.00~~ | | | | | | |
| ~~Nagle, James~~ | ~~1998~~ | ~~$ 6,800.00~~ | | | | | | |
| ~~Palermo, Richard~~ | ~~1998~~ | ~~$ 23,000.00~~ | | | | | | |
| Quintus, Jason | 1998 | $ 3,800.00 | | | | | | |
| Severse, Joshua | 1998 | $ 6,400.00 | | | | | | |
| **1998 Total** | | $ 40,500.00 | $ 5,022.00 | $ 1,174.50 | $ 6,196.50 | $ 2,511.00 | $ 587.25 | $ 3,098.25 |
| Abbott, William | 1999 | $ 32,000.00 | | | | | | |
| ~~Canata, Joe~~ | ~~1999~~ | ~~$ 630.00~~ | | | | | | |
| ~~Connolly, Pam~~ | ~~1999~~ | ~~$ 12,800.00~~ | | | | | | |
| DiMarzio, Donna | 1999 | $ 16,400.00 | | | | | | |
| ~~Dooley, Scott~~ | ~~1999~~ | ~~$ 11,400.00~~ | | | | | | |
| ~~Hacker, Vernon~~ | ~~1999~~ | ~~$ 6,200.00~~ | | | | | | |
| ~~Maloney, James~~ | ~~1999~~ | ~~$ 10,800.00~~ | | | | | | |
| ~~Matheny, John~~ | ~~1999~~ | ~~$ 10,000.00~~ | | | | | | |
| Severse, Joshua | 1999 | $ 20,800.00 | | | | | | |
| **1999 Total** | | $ 69,200.00 | $ 8,580.80 | $ 2,006.80 | $ 10,587.60 | $ 4,290.40 | $ 1,003.40 | $ 5,293.80 |
| Abbott, William | 2000 | $ 32,000.00 | | | | | | |
| ~~Canata, Joe~~ | ~~2000~~ | ~~$ 5,760.00~~ | | | | | | |
| ~~Connolly, Pam~~ | ~~2000~~ | ~~$ 15,400.00~~ | | | | | | |
| DiMarzio, Donna | 2000 | $ 20,800.00 | | | | | | |
| ~~Donnelly, Mark~~ | ~~2000~~ | ~~$ 6,800.00~~ | | | | | | |
| ~~Dooley, Scott~~ | ~~2000~~ | ~~$ 20,800.00~~ | | | | | | |
| Felton, Richard | 2000 | $ 3,500.00 | | | | | | |
| ~~Maloney, James~~ | ~~2000~~ | ~~$ 20,800.00~~ | | | | | | |
| ~~Matheny, John~~ | ~~2000~~ | ~~$ 20,000.00~~ | | | | | | |
| ~~Sheehan, Tom~~ | ~~2000~~ | ~~$ 2,800.00~~ | | | | | | |
| ~~Stoddard, Ed~~ | ~~2000~~ | ~~$ 21,000.00~~ | | | | | | |
| ~~Various (immigrants)~~ | ~~2000~~ | ~~$ 30,000.00~~ | | | | | | |
| **2000 Total** | | $ 56,300.00 | $ 6,981.20 | $ 1,632.70 | $ 8,613.90 | $ 3,490.60 | $ 816.35 | $ 4,306.95 |
| **Grand Total** | | $ 194,000.00 | $ 24,056.00 | $ 5,626.00 | $ 29,682.00 | $ 12,028.00 | $ 2,813.00 | $ 14,841.00 |

## U.S. v. MATHENY: TAX LOSS COMPUTATIONS
### Scenario 4: Excluding Immigrants, Hacker, Canata, Sheehan, J. Matheny, Lydon Nagle, Palermo, Connolly, Dooley, Maloney, Donnelly, Stoddard

|  | 1997 | 1998 | 1999 | 2000 | Total |
|---|---|---|---|---|---|
| Total Gross Business Receipts | $131,619.88 | $150,760.00 | $211,758.07 | $347,761.00 | $841,898.95 |
| Gross Receipts Reported on Sch. C |  |  |  | $77,065.00 |  |
| Total Unreported Gross Receipts | $131,619.88 | $150,760.00 | $211,758.07 | $270,696.00 | $764,833.95 |
|  |  |  |  |  |  |
| Total Allowable Business Expenses | $114,769.32 | $141,766.30 | $196,300.28 | $295,836.80 | $748,672.70 |
| Reported Business Expenses |  |  |  | $80,604.00 |  |
| Total Unreported Business Expenses | $114,769.32 | $141,766.30 | $196,300.28 | $215,232.80 | $668,068.70 |
|  |  |  |  |  |  |
| Total Net Income Earned | $16,850.56 | $8,993.70 | $15,457.79 | $51,924.20 | $93,226.25 |
| Net Income Reported |  |  |  | -$3,539.00 | -$3,539.00 |
| Total Unreported Net Business Income | $16,850.56 | $8,993.70 | $15,457.79 | $55,463.20 | $96,765.25 |
|  |  |  |  |  |  |
| **Income Taxes Due** | **$3,712.00** | **$2,675.00** | **$6,213.00** | **$19,310.00** | **$31,910.00** |
|  |  |  |  |  |  |
| Payroll | $28,000.00 | $40,500.00 | $69,200.00 | $56,300.00 | $194,000.00 |
| Social Security Tax (12.4%) | $3,472.00 | $5,022.00 | $8,580.80 | $6,981.20 | $24,056.00 |
| Medicare Tax (2.9%) | $812.00 | $1,174.50 | $2,006.80 | $1,632.70 | $5,626.00 |
|  |  |  |  |  |  |
| **Payroll Taxes Due** | **$4,284.00** | **$6,196.50** | **$10,587.60** | **$8,613.90** | **$29,682.00** |
|  |  |  |  |  |  |
| **TOTAL TAXES DUE** |  |  |  |  | **$61,592.00** |

# EXHIBIT 5

## U.S. v. MATHENY:  TAX LOSS COMPUTATIONS
### Scenario 5:  All Independent Contractors (Ex. 14B)

|  | 1997 | 1998 | 1999 | 2000 | Total |
|---|---|---|---|---|---|
| Total Gross Business Receipts | $131,619.88 | $150,760.00 | $211,758.07 | $347,761.00 | $841,898.95 |
| Gross Receipts Reported on Sch. C |  |  |  | $77,065.00 |  |
| Total Unreported Gross Receipts | $131,619.88 | $150,760.00 | $211,758.07 | $270,696.00 | $764,833.95 |
|  |  |  |  |  |  |
| Total Allowable Business Expenses | $112,627.32 | $138,668.05 | $191,006.48 | $291,529.85 | $733,831.70 |
| Reported Business Expenses |  |  |  | $80,604.00 |  |
| Total Unreported Business Expenses | $112,627.32 | $138,668.05 | $191,006.48 | $210,925.85 | $653,227.70 |
|  |  |  |  |  |  |
| Total Net Income Earned | $18,992.56 | $12,091.95 | $20,751.59 | $56,231.15 | $108,067.25 |
| Net Income Reported |  |  |  | -$3,539.00 | -$3,539.00 |
| Total Unreported Net Business Income | $18,992.56 | $12,091.95 | $20,751.59 | $59,770.15 | $111,606.25 |
|  |  |  |  |  |  |
| **Income Taxes Due** | **$4,315.00** | **$3,541.00** | **$8,270.00** | **$21,082.00** | **$37,208.00** |
|  |  |  |  |  |  |
| **TOTAL TAXES DUE** |  |  |  |  | **$37,208.00** |

# EXHIBIT 6

## AFFIDAVIT

NOW COMES the Affiant and, upon solemn oath, deposes and says as follows:

1. My name is **John Matheny**. My residential address is **809 Auburn St Bridgewater**. My telephone number is **508-631-7375**.

2. I am aware that this Affidavit will be submitted to the Criminal Investigation Division of the Internal Revenue Service relative to the investigation of Dale Matheny.

3. I worked for Dale's Professional Painting during the following calender years: **1997 Thru 2000**.

4. I was paid compensation from Dale's Professional Painting for services rendered during calender year 1997 in the following amount: **$5000**.

5. I was paid compensation from Dale's Professional Painting for services rendered during calender year 1998 in the following amount: **$5000**.

6. I was paid compensation from Dale's Professional Painting for services rendered during calender year 1999 in the following amount: **$10,000**.

7. I was paid compensation from Dale's Professional Painting for services rendered during calender year 2000 in the following amount: **$20,000**.

SUBSCRIBED AND SWORN TO under the pains and penalties of perjury this **4th** day of March, 2004 A.D.

**John Matheny**
Print Name

*[signature: John Matheny]*

## **AFFIDAVIT**

NOW COMES the Affiant and, upon solemn oath, deposes and says as follows:

1. My name is _Vernon Hacker_. My residential address is _183 H Street_. My telephone number is _617-464-2954_

2. I am aware that this Affidavit will be submitted to the Criminal Investigation Division of the Internal Revenue Service relative to the investigation of Dale Matheny.

3. I worked for Dale's Professional Painting during the following calender years: _97 - 98 - 99_.

4. I was paid compensation from Dale's Professional Painting for services rendered during calender year 1997 in the following amount: _$4800_.

5. I was paid compensation from Dale's Professional Painting for services rendered during calender year 1998 in the following amount: _$5500_.

6. I was paid compensation from Dale's Professional Painting for services rendered during calender year 1999 in the following amount: _$6200_.

7. I was paid compensation from Dale's Professional Painting for services rendered during calender year 2000 in the following amount: _____.

SUBSCRIBED AND SWORN TO under the pains and penalties of perjury this ____ day of March, 2004 A.D.

_[signature]_
Print Name _Vernon Hacker_

## AFFIDAVIT

NOW COMES the Affiant and, upon solemn oath, deposes and says as follows:

1. My name is _John Lydon_. My residential address is _71 Colby Dr_. My telephone number is _1-6175423151_

2. I am aware that this Affidavit will be submitted to the Criminal Investigation Division of the Internal Revenue Service relative to the investigation of Dale Matheny.

3. I worked for Dale's Professional Painting during the following calender years: _1998 From Feb - Thru June_

4. I was paid compensation from Dale's Professional Painting for services rendered during calender year 1997 in the following amount: _—_

5. I was paid compensation from Dale's Professional Painting for services rendered during calender year 1998 in the following amount: _$11,000_

6. I was paid compensation from Dale's Professional Painting for services rendered during calender year 1999 in the following amount: _—_

7. I was paid compensation from Dale's Professional Painting for services rendered during calender year 2000 in the following amount: _—_

SUBSCRIBED AND SWORN TO under the pains and penalties of perjury this _4_ day of March, 2004 A.D.

_John W Lydon_
_John W Lydon_
Print Name

ESTIMATE FOR EMPLOYEE
JOE CANATA
2000

*phone after 5pm*
*(781) 925-6316*

Please note the following canceled checks for employee Joe Canata are attached:

As with all other employees Mr. Canata received the lions share of his income in cash. His employ with Dale's Professional Painting lasted 16 months. Please reference dates on checks as well as his name in the copies you obtained of a day planner from 21 Congress Street during your search.

Mr. Canata earned $10 per hour and worked between 30 and 40 hours per week for Dale's Painting. Given this information he earned between $300 and $400 per week.

His minimum income was $300 per week for 68 weeks = $20,400.
His maxium income was $400 per week for 68 weeks = $27,200.

Using the ~~canceled checks~~ *and Day Planner* as a reference for the amount of hours he averaged per week the following is most likely: *Joe Canata worked an average of 36 hours per week.*
Joe Canata worked for Dale's Painting for ~~16~~ *Four* months for $10 per hour and earned a total of $ *5,760* . He worked during the following months during 2000: *January thru April* .

2000 income for Joe Canata = $ *5,760*