1

1          THE COURT:  Mr. Dale Matheny, in consideration of
2    the offense of which you stand convicted, the information
3    from the United States Attorney, your attorney, and the
4    probation office, this Court sentences you to one year,
5    broken down, as follows:  Six months' imprisonment; no
6    recommendation of community confinement.  Six months' home
7    confinement.  It's not required that you wear an electronic
8    bracelet during the six months of home confinement.
9          You are allowed to leave the home confinement to
10   work.  You're allowed to leave the home confinement for any
11   medical appointments that either you or any member of your
12   family has so you can be with a member of your family.  You
13   are allowed to leave for any religious observances.  Other
14   than that you're confined.  Your wife can do the shopping
15   for necessaries.
16         $2,000 fine, $325 special assessment, one year of
17   supervised release with all the standard conditions of
18   supervised release.
19         You're required to supply a DNA sample.  You are
20   required to pay the fine in accordance with the instructions
21   of the United States Probation Office.  You are required to
22   give any financial information they may request.  They are
23   entitled to share that financial information with the Office
24   of the Financial, Financial Recovery Office of the United
25   States Attorney.

2

```
 1          Let me explain the sentence, Mr. Matheny.  You knew
 2     exactly what you were doing here.  You were stiffing the
 3     United States in a voluntary tax, largely voluntary tax
 4     system.  You knew you were underpaying.  You may not have
 5     known how much, but you knew very well that you were not
 6     paying the taxes that you were required to pay.  You were
 7     not making the payments of taxes on behalf of people who you
 8     employed, taxes which are necessary so that the government
 9     may provide them all with the services that they need when
10     they fall into unemployment and the like.
11          In a system such as this it is the view of this
12     Court that tax cheats must in fact go to prison.  That's why
13     I'm not recommending any community confinement.  As a
14     deterrent to us all it ought be known that you have served
15     time in prison.
16          I will say this.  The government in your case could
17     not have been more fair.  In your case the government
18     negotiated a plea agreement.  The government adhered
19     strictly to the agreement that it negotiated with you.  This
20     Court's view of the sentencing requirements of the
21     constitution required the government to expend additional
22     and significant resources to bring us to the point of
23     sentencing.  The government expended those resources and in
24     a most professional and competent way laid the matters
25     before the Court.  Sensitive to my obligation to make
```

3

| | |
|---|---|
| 1 | findings beyond a reasonable doubt you got a significant |
| 2 | advantage practically from that proceeding.  And that's |
| 3 | fine.  That's what the constitution requires.  The |
| 4 | government has in every respect been up to the mark here.  I |
| 5 | am satisfied that given the sentencing structure that we are |
| 6 | under, while I cannot find beyond a reasonable doubt a tax |
| 7 | loss beyond what I've stated, it does seem to me that the |
| 8 | great likelihood is that the tax loss was considerably |
| 9 | higher.  As a practical matter you've gotten all the |
| 10 | advantage of that and the government has stuck, as it is |
| 11 | required to, but I respect them for it, to its low end |
| 12 | recommendation.  I haven't given you the low end.  I haven't |
| 13 | gone up that much.  Two months.  But in my mind that is an |
| 14 | appropriate and just resolution of the case. |
| 15 | Both you and the government are notified that you |
| 16 | have the right to appeal from any findings or rulings the |
| 17 | Court has made against you.  And you are further notified |
| 18 | that should there be any appeal and on appeal if the |
| 19 | sentence of this Court is vacated or reversed in whole or in |
| 20 | part, resentencing shall be before another judge. |
| 21 | That's the sentence of the Court.  Yes? |
| 22 | THE PROBATION OFFICER:  Your Honor, just a |
| 23 | technical issue I just wanted to clarify. |
| 24 | THE COURT:  Let's do it now. |
| 25 | THE PROBATION OFFICER:  With regard to the period |

4

```
 1    of incarceration, it's a period of six months' custody of
 2    the Bureau of Prisons without a recommendation.
 3           THE COURT:  That doesn't mean they can't put him in
 4    community confinement.  Mr. Fleming can pursue it.
 5           THE PROBATION OFFICER:  Right.
 6           THE COURT:  I'm just making no such recommendation.
 7    I'm not recommending against it.  I've said what I've said
 8    on the record.  I'm not recommending it, that's all.
 9           THE PROBATION OFFICER:  And my last question with
10    regard to the six months home confinement without electronic
11    monitoring.  Is that to be imposed as a condition of the one
12    year supervised release?
13           THE COURT:  Yes, it is.
14           THE PROBATION OFFICER:  Okay.
15           THE COURT:  Right.  And I've made the conditions
16    sufficiently clear that everyone can understand them?
17           THE PROBATION OFFICER:  Yes.  Unless there were
18    some --
19           (Whereupon the Court and the Clerk conferred.)
20           THE COURT:  Yes, the first six months.
21           THE PROBATION OFFICER:  The first six months of
22    supervised release.
23           THE COURT:  Correct.
24           THE PROBATION OFFICER:  And the only other thing, I
25    believe in the plea agreement the government had recommended
```

```
1    a couple of additional special conditions, such as requiring
2    him to meet with the Internal Revenue Service within the
3    first 60 days of supervision.
4            THE COURT:  It is so imposed.  And?
5            THE PROBATION OFFICER:  That's basically it except
6    for I had more detailed wording.  But you got, you got the
7    gist of everything.
8            THE COURT:  So long as the substance is what I
9    said --
10           THE PROBATION OFFICER:  Exactly.
11           THE COURT:  -- that's what I want.
12           Are there any questions, because it's an involved
13   sentence.  Mr. Pinneault, no questions?
14           MR. PINNEAULT:  No questions, your Honor.
15           THE COURT:  Mr. Fleming, no questions?
16           MR. FLEMING:  No questions, your Honor.
17           THE COURT:  That's the sentence of the Court.
18           Oh, self-reporting.  I take it there's no objection
19   to self-reporting?
20           MR. PINNEAULT:  None, your Honor.
21           THE COURT:  He shall have six weeks to self-report.
22   He'll report to the place of confinement on the 16th of
23   February 2005.
24           That's the sentence of the Court.  We'll recess.
25           THE CLERK:  All rise.  Court is in recess.
```

```
                                                                6

  1               (Whereupon the matter concluded.)
  2
  3
  4
  5
  6
  7
  8
  9
 10
 11
 12
 13
 14
 15
 16
 17
 18
 19
 20
 21
 22
 23
 24
 25
```

Case 1:04-cr-10213-WGY    Document 14-2    Filed 01/10/2005    Page 6 of 7